**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| POLISHED.COM INC., *et al.*,[1] | Case No. 24-10353 (TMH) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Polished.com Inc., *et al.*, | Adv. Proc. No. 26-50213 (TMH) |
| Plaintiff, | |
| vs. | |
| ALBERT FOUERTI; MARIA JOHNSON; DOUGLAS T. MOORE; ELLERY W. ROBERTS; ROBERT BARRY; ELLETTE A. ANDERSON; CLARK R. CROSNOE; GLYN C. MILBURN; ALAN P. SHOR; EDWARD J. TOBIN; G. ALLAN SHAW; JAMES SCHNEIDER; AND ELIE FOUERTI, | |
| Defendants. | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that defendants Albert Fouerti and Elie Fouerti (collectively, the "Defendants"), hereby appear by and through their undersigned counsel, pursuant to section 1109(b) of title 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are:  Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

17832338/1

Defendants hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and the applicable local rules, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

| **MORRIS JAMES LLP** | **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.** |
|---|---|
| Carl N. Kunz, III, Esquire | |
| Jeffrey R. Waxman, Esquire | John F. Sylvia, Esquire |
| 3205 Avenue North Boulevard, Suite 100 | Emily K. Musgrave, Esquire |
| Wilmington, DE 19803 | One Financial Center |
| Telephone: (302) 888-6800 | Boston, MA 02111 |
| Email: ckunz@morrisjames.com | Telephone: (617) 348-1820 |
| jwaxman@morrisjames.com | Email: JFSylvia@mintz.com |
| | EKMusgrave@mintz.com |

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading, claim or suit shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, or recoupments to which Defendants are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses,

-2-

setoffs and recoupments are expressly reserved.

Dated: April 7, 2026
      Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Carl N. Kunz, III (DE Bar No. 3201)
Jeffrey R. Waxman (DE Bar No. 4159)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Email: ckunz@morrisjames.com
      jwaxman@morrisjames.com

and

John F. Sylvia, Esquire
Emily K. Musgrave, Esquire
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 348-1820
Email: JFSylvia@mintz.com
      EKMusgrave@mintz.com

*Counsel to Defendants Albert and Elie Fouerti*

17832338/1