**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| POLISHED.COM INC., *et al.*,[1] | Case No. 24-10353 (TMH) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Polished.com Inc., *et al.*, | |
| Plaintiff, | Adv. Proc. No. 26-50213 (TMH) |
| v. | |
| ALBERT FOUERTI; MARIA JOHNSON; DOUGLAS T. MOORE; ELLERY W. ROBERTS; ROBERT BARRY; ELLETTE A. ANDERSON; CLARK R. CROSNOE; GLYN C. MILBURN; ALAN P. SHOR; EDWARD J. TOBIN; G. ALLAN SHAW; JAMES SCHNEIDER; and ELIE FOUERTI, | |
| Defendants. | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedures (the "**Bankruptcy Rules**"), the undersigned counsel enter their appearance as counsel for Douglas T. Moore, Ellery W. Roberts, Robert Barry, Ellette A. Anderson, Clark R. Crosnoe, Glyn C. Milburn, Alan P. Shor, Edward J. Tobin, G. Allan Shaw and James Schneider (collectively, the "**Independent D&Os**") and request that all notices and other papers filed or served in the above-captioned cases be served upon the following attorneys:

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

4900-9721-8994.2

Robert J. Stark, Esq.
Andrew M. Carty, Esq.
**BROWN RUDNICK LLP**
7 Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile:  (212) 209-4801
Email: rstark@brownrudnick.com
         acarty@brownrudnick.com

-and-

Daniel J. Healy, Esq.
**BROWN RUDNICK LLP**
1900 N Street NW, 4th Floor
Washington, D.C. 20036
Telephone: (202) 536-1700
Facsimile:  (202) 536-1701
Email: dhealy@brownrudnick.com

Christopher M. Samis (No. 4909)
R. Stephen McNeill (No. 5210)
Maria Kotsiras (No. 6840)
**ICE MILLER LLP**
500 Delaware Avenue, Suite 220
Wilmington, Delaware 19801
Telephone: (302) 313-0600
Email: christopher.samis@icemiller.com
         stephen.mcneill@icemiller.com
         maria.kotsiras@icemiller.com

**PLEASE  TAKE  FURTHER  NOTICE**  that,  pursuant  to  11  U.S.C.  § 1109(b),  the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE  TAKE  FURTHER  NOTICE**  that  filing  of  this  *Notice of Appearance and Request for Notices* shall not be deemed or construed to constitute a waiver of any substantive or procedural right of the Independent D&Os including, without limitation: (i) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "**District Court**"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to  have  the  District  Court  withdraw  the  reference  in  any  matter  subject  to  mandatory  or

2

discretionary withdrawal, (iv) the right to have any matter in which this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution heard by the District Court; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Independent D&Os are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.  Unless and until the Independent D&Os expressly state otherwise, the Independent D&Os do not consent to the entry of final orders or judgments by this Court if it is determined that this Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

[*Signature blocks appear on following page.*]

4900-9721-8994.2

Dated: June 8, 2026
      Wilmington, Delaware

Respectfully submitted,

*/s/ Christopher M. Samis*

Christopher M. Samis (No. 4909)
R. Stephen McNeill (No. 5210)
Maria Kotsiras (No. 6840)
**ICE MILLER LLP**
500 Delaware Avenue, Suite 220
Wilmington, Delaware 19801
Telephone: (302) 313-0600
Email: christopher.samis@icemiller.com
      stephen.mcneill@icemiller.com
      maria.kotsiras@icemiller.com

– and –

Robert J. Stark, Esq.
Andrew M. Carty, Esq.
**BROWN RUDNICK LLP**
7 Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile:  (212) 209-4801
Email: rstark@brownrudnick.com
      acarty@brownrudnick.com

– and –

Daniel J. Healy, Esq.
**BROWN RUDNICK LLP**
1900 N Street NW, 4th Floor
Washington, D.C. 20036
Telephone: (202) 536-1700
Facsimile:  (202) 536-1701
Email: dhealy@brownrudnick.com

*Counsel to Douglas T. Moore, Ellery W. Roberts, Robert Barry, Ellette A. Anderson, Clark R. Crosnoe, Glyn C. Milburn, Alan P. Shor, Edward J. Tobin, G. Allan Shaw and James Schneider*

4900-9721-8994.2