**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| POLISHED.COM INC., *et al.*, | Case No. 24-10353 (TMH) |
| Debtors.[1] | (Jointly Administered) |
| ———————————————— | |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Polished.com Inc., *et al.*, | |
| | Adv. Proc. No. 26-50213 (TMH) |
| Plaintiff, | |
| v. | |
| | **Re: Adv. Dkt. No. 1 & 17** |
| ALBERT FOUERTI; MARIA JOHNSON; DOUGLAS T. MOORE; ELLERY W. ROBERTS; ROBERT BARRY; ELLETTE A. ANDERSON; CLARK R. CROSNOE; GLYN C. MILBURN; ALAN P. SHOR; EDWARD J. TOBIN; G. ALLAN SHAW; JAMES SCHNEIDER; and ELIE FOUERTI, | |
| Defendants. | |

**AMENDED MOTION OF DEFENDANTS ALBERT FOUERTI AND ELIE FOUERTI
TO DISMISS THE CHAPTER 7 TRUSTEE'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 8(a), 9(b), and 12(b)(6), made applicable to this proceeding

pursuant to Fed. R. Bankr. P. 7012, Defendants Albert Fouerti and Elie Fouerti (collectively, the

"Fouerti Defendants") move to dismiss the Complaint [D.I. 1] filed by George L. Miller, in his

capacity as Chapter 7 Trustee (the "Chapter 7 Trustee") for the jointly administered bankruptcy

---

[1] The Debtors in these chapter 7 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

17952337/1

estates of Polished.com Inc., *et al*., with prejudice.  The grounds for this motion are set forth in the *Opening Brief of Defendants Albert Fouerti and Elie Fouerti in Support of Their Motion to Dismiss the Chapter 7 Trustee's Complaint* [D.I. 18] (the "Opening Brief").

Dated: June 8, 2026

**MORRIS JAMES LLP**

*/s/ Carl N. Kunz, III*
Carl N. Kunz, III (DE Bar No. 3201)
Jeffrey R. Waxman (DE Bar No. 4159)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
Telephone: (302) 888-6800
Email:  ckunz@morrisjames.com
       jwaxman@morrisjames.com

and

John F. Sylvia (admitted *pro hac vice*)
Emily K. Musgrave (admitted *pro hac vice*)
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 348-1820
Email:  JFSylvia@mintz.com
       EKMusgrave@mintz.com

*Counsel to Defendants Albert and Elie Fouerti*

2

17952337/1