**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>POLISHED.COM INC., *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 24-10353 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Polished.com Inc., *et al.*,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ALBERT FOUERTI; MARIA JOHNSON; DOUGLAS T. MOORE; ELLERY W. ROBERTS; ROBERT BARRY; ELLETTE A. ANDERSON; CLARK R. CROSNOE; GLYN C. MILBURN; ALAN P. SHOR; EDWARD J. TOBIN; G. ALLAN SHAW; JAMES SCHNEIDER; and ELIE FOUERTI,<br><br>　　　　　　　　Defendants. | Adv. Proc. No. 26-50213 (TMH)<br><br><br><br><br><br><br><br>**Re: Adv. Docket No. 29** |

**INDEPENDENT DIRECTORS AND OFFICERS' MOTION TO EXCEED**
**THE PAGE LIMIT WITH RESPECT TO THE OPENING BRIEF**
**IN SUPPORT OF MOTION TO DISMISS CHAPTER 7 TRUSTEE'S CLAIMS**

Douglas T. Moore, Ellery W. Roberts, Robert Barry, Ellette A. Anderson, Clark R. Crosnoe, Glyn C. Milburn, Alan P. Shor, Edward J. Tobin, G. Allan Shaw and James Schneider (collectively, the "**Independent D&Os**")[2] submit this motion (this "**Motion**") for leave to exceed the page limitation imposed by Rule 7007-2(a)(iv) of the Local Rules for the United States

---

[1]　The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

[2]　The term "Independent D&Os" refers exclusively to defendants Douglas T. Moore, Ellery W. Roberts, Robert Barry, Ellette A. Anderson, Clark R. Crosnoe, Glyn C. Milburn, Alan P. Shor, Edward J. Tobin, G. Allan Shaw, and James Schneider. The term excludes defendants Albert Fouerti, Elie Fouerti, and Maria Johnson.

Bankruptcy Court for the District of Delaware (the "**Local Rules**") with respect to  the *Independent Directors and Officers' Opening Brief in Support of Motion to Dismiss Chapter 7 Trustee's Claims* (the "**Opening Brief**"),[3] filed contemporaneously herewith.   In support of this Motion, the Independent D&Os respectfully represent as follows.

## BACKGROUND

1.     On March 5, 2026, Plaintiff, George L. Miller, in his capacity as chapter 7 trustee (the "**Plaintiff**" or "**Trustee**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel, filed his *Complaint* (the "**Complaint**") against the above-captioned defendants.

2.     On April 9, 2026, the United States Bankruptcy Court for the District of Delaware (the "**Court**") entered the *Order Approving Stipulation Extending Time for Defendants to Answer or Respond to Complaint* [Docket No. 7].

3.     Contemporaneously herewith, the Independent D&Os filed the *Independent Directors and Officers' Motion to Dismiss Chapter 7 Trustee's Claims* (the "**Motion to Dismiss**") and the accompanying Opening Brief responding to the arguments in the Trustee's Complaint. The Opening Brief, as filed, is forty (40) pages.

## RELIEF REQUESTED

4.     The Independent D&Os respectfully request that the Court grant this Motion to exceed the page limit for the Opening Brief by entering an order substantially in the form attached hereto as **Exhibit A** (the "**Proposed Order**").

---

[3]   Capitalized terms used, but not otherwise defined, herein are as defined in the Opening Brief filed contemporaneously herewith.

**BASIS FOR RELIEF**

5.      Local Rule 7007-2(a)(iv) provides in relevant part that "[w]ithout leave of Court, no opening or answering brief may exceed 30 pages . . . exclusive of any tables of contents and citations." Del. Bankr. L.R. 7007-2(a)(iv).

6.      Good cause exists to permit the Independent D&Os to file an opening brief in excess of the page limitations set forth in the Local Rules. The Opening Brief is forty (40) pages in length, only ten pages over the Local Rule limit, and the additional length is warranted by the nature and scope of the claims asserted in the Complaint.

7.      Although the Independent D&Os made every effort to prepare an opening brief within the thirty-page limit, they are unable to do so while still adequately responding to the Trustee's arguments within the page limitations imposed by the Local Rules. The Complaint spans approximately thirty-five pages and includes a detailed factual narrative that the Independent D&Os must address to accurately frame the legal issues and present their arguments in the proper context. Given the breadth of the allegations and the complexity of the claims asserted, the Independent D&Os sought to provide a response that is complete and appropriately tailored to the issues raised by the Trustee, thereby necessitating a modest enlargement of the page limit by ten pages.

8.      Additional good cause exists because the Motion to Dismiss is being filed on behalf of ten of the thirteen named defendants in the Complaint.  As a result, the Opening Brief necessarily addresses legal issues and authorities applicable to multiple categories of defendants, including arguments specific to directors as well as arguments that apply to officers.  Although the Independent D&Os have worked to avoid duplication and unnecessary repetition, the need to present the facts, legal standards, and authorities relevant to each group of Independent D&Os,

and in some cases, the individual Independent D&Os themselves, requires additional space beyond the page limit.

9.      Permitting one consolidated forty-page Opening Brief is more efficient than requiring separate motions or piecemeal briefing for ten separate Independent D&Os. Separate filings would likely involve substantial duplication of the factual background, overlapping legal authorities, and repetitive argument, creating unnecessary burden for both the Court and the parties. The requested relief is therefore narrowly tailored and serves judicial economy by allowing the Independent D&Os to present a single organized submission addressing all relevant issues.

10.      For these reasons, the Independent D&Os respectfully request that the Court authorize the Opening Brief to exceed the Local Rules' page limitation, as such relief is reasonable and appropriate under the circumstances.

## **NOTICE**

11.      Notice of this Motion and any order entered hereon will be provided to: (i) counsel to the Plantiff; (ii) counsel to defendants Albert and Elie Fouerti; (iii) counsel to defendant Maria Johnson. In light of the nature of the relief requested herein, the Independent D&Os submit that no other or further notice is required.

## **CONCLUSION**

WHEREFORE, the Independent D&Os respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, granting (i) the Independent D&Os leave to exceed the page limitations imposed by Local Rule 7007-2(a)(iv); and (ii) such other and further relief as the Court deems just and proper.

Dated: June 8, 2026
      Wilmington, Delaware

Respectfully submitted,

*/s/ Christopher M. Samis*
**ICE MILLER LLP**
Christopher M. Samis (No. 4909)
R. Stephen McNeill (No. 5210)
Maria Kotsiras (No. 6840)
500 Delaware Avenue, Suite 220
Wilmington, Delaware 19801
Telephone: (302) 313-0600
Email: christopher.samis@icemiller.com
      stephen.mcneill@icemiller.com
      maria.kotsiras@icemiller.com

– and –

**BROWN RUDNICK LLP**
Robert J. Stark, Esq.
Andrew M. Carty, Esq.
7 Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile:  (212) 209-4801
Email: rstark@brownrudnick.com
      acarty@brownrudnick.com

– and –

Daniel J. Healy, Esq.
1900 N Street NW, 4th Floor
Washington, D.C. 20036
Telephone: (202) 536-1700
Facsimile:  (202) 536-1701
Email: dhealy@brownrudnick.com

*Counsel to Douglas T. Moore, Ellery W. Roberts, Robert Barry, Ellette A. Anderson, Clark R. Crosnoe, Glyn C. Milburn, Alan P. Shor, Edward J. Tobin, G. Allan Shaw and James Schneider*

5