# EXHIBIT A

## Stipulation

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>POLISHED.COM INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 24-10353 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Polished.com Inc., *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT FOUERTI; MARIA JOHNSON; DOUGLAS T. MOORE; ELLERY W. ROBERTS; ROBERT BARRY; ELLETTE A. ANDERSON; CLARK R. CROSNOE; GLYN C. MILBURN; ALAN P. SHOR; EDWARD J. TOBIN; G. ALLAN SHAW; JAMES SCHNEIDER; AND ELIE FOUERTI,<br><br>Defendants. | Adv. Proc. No. 26-50213 (TMH) |

**STIPULATION EXTENDING RESPONSE AND REPLY DEADLINES AND PAGE LIMITATIONS IN CONNECTION WITH BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS**

Plaintiff, George L. Miller in his capacity as chapter 7 trustee of Polished.com Inc., *et al.*, (the "Plaintiff"), for the estates of the above-captioned debtors (the "Debtors") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "Bankruptcy

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

Code"), by and through his undersigned counsel and the above-captioned defendants, (the "Defendants," and together with Plaintiff, the "Parties"), enter into this *Stipulation Extending Response and Reply Deadlines and Page Limitations in Connection With Briefing on Defendants' Motions to Dismiss* (the "Stipulation") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which the Trustee may respond the *Motion of Defendants Albert Fouerti and Elie Fouerti to Dismiss the Chapter 7 Trustee's Complaint;* the *Opening Brief of Defendants Albert Fouerti and Elie Fouerti in Support of Their Motion to Dismiss the Chapter 7 Trustee's Complaint* [Adv. Docket No. 17], amended by Adv. Docket No. 27 (the "Fouerti MTD"); the Independent Directors and Officers *Motion to Dismiss Chapter 7 Trustee's Claims* [Adv. Docket No. 28] (the "IDs MTD"); and *Defendant Maria Johnson's Motion to Dismiss Counts 3, 4, and 5 in the Complaint* [Adv. Docket No. 20] (the "Johnson MTD", collectively with the Fouerti MTD and the IDs MTD, the "Motions to Dismiss") in the above-captioned adversary proceeding is hereby extended to and including July 31, 2026.

2. The Parties further agree and stipulate that the Defendants' reply deadline is hereby extended to and including August 28, 2026.

3. The Parties further agree and stipulate that the Local Rule 7007-2 page limitation for the Trustee's response to the Motions to Dismiss is enlarged to 50-pages for an omnibus response to the Motions to Dismiss.

4. Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

*[Remainder of page intentionally left blank]*

Dated: July 9, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

-and-

COREN & RESS, P.C.
Steven M. Coren
(admitted pro hac vice)
Benjamin M. Mather
(admitted pro hac vice)
Janice D. Felix
(admitted pro hac vice)
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
scoren@kcr-law.com
bmather@kcr-law.com
jfelix@kcr-law.com

*Counsel to Plaintiff George L. Miller, Chapter 7 Trustee*

Dated: July 9, 2026

MORRIS JAMES LLP

*/s/ Jeffrey R. Waxman*
Carl N. Kunz (DE Bar No. 3201)
Jeffrey R. Waxman (DE Bar No. 4159)
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
Telephone: 302.888.6800
Email: ckunz@morrisjames.com
jwaxman@morrisjames.com

– and –

John F. Sylvia, Esquire
Emily K. Musgrave, Esquire
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
Telephone: 617.348.1820
Email: JFSylvia@mintz.com
EKMusgrave@mintz.com

*Counsel to Defendants Albert and Elie Fouerti*

Dated: July 9, 2026

ICE MILLER LLP

*/s/ Maria Kotsiras*

Christopher M. Samis (No. 4909)
R. Stephen McNeill (No. 5210)
Maria Kotsiras (No. 6840)
500 Delaware Avenue, Suite 220
Wilmington, Delaware 19801
Telephone: (302) 313-0600
Email: christopher.samis@icemiller.com
stephen.mcneill@icemiller.com
maria.kotsiras@icemiller.com

– and –

BROWN RUDNICK LLP
Robert J. Stark, Esq.
Andrew M. Carty, Esq.
7 Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Email: rstark@brownrudnick.com
acarty@brownrudnick.com

– and –

Daniel J. Healy, Esq.
1900 N Street NW, 4th Floor
Washington, D.C. 20036
Telephone: (202) 536-1700
Facsimile: (202) 536-1701
Email: dhealy@brownrudnick.com

*Counsel to Douglas T. Moore, Ellery W. Roberts, Robert Barry, Ellette A. Anderson, Clark R. Crosnoe, Glyn C. Milburn, Alan P. Shor, Edward J. Tobin, G. Allan Shaw and James Schneider*

Dated: July 9, 2026

BAKER & HOSTETLER LLP

*/s/ Jeffrey J. Lyons*
Jeremy D. Anderson (#4515)
Jeffrey J. Lyons (#6437)
1201 North Market Street, Suite 1407
Wilmington, DE 19801
(302) 407-4222
jdanderson@bakerlaw.com
jjlyons@bakerlaw.com

– and –

Douglas W. Greene (*pro hac vice*)
Zachary R. Taylor (*pro hac vice*)
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
dgreene@bakerlaw.com
ztaylor@bakerlaw.com

*Attorneys for Defendant Maria Johnson*