**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>POLISHED.COM INC., *et al.*,<br><br>Debtors. [1] | Chapter 7<br><br>Case No. 24-10353 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Polished.com Inc., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>ALBERT FOUERTI; MARIA JOHNSON; DOUGLAS T. MOORE; ELLERY W. ROBERTS; ROBERT BARRY; ELLETTE A. ANDERSON; CLARK R. CROSNOE; GLYN C. MILBURN; ALAN P. SHOR; EDWARD J. TOBIN; G. ALLAN SHAW; JAMES SCHNEIDER; and ELIE FOUERTI,<br><br>Defendants. | Adv. Proc. No. 26-50213 (TMH)<br><br>**Re: Dkt. Nos. 1, 17, 18, 20, 21, 22, 27, 42, 44, & 45** |

**REQUEST OF ALBERT FOUERTI AND ELIE FOUERTI AND MARIA JOHNSON FOR ORAL ARGUMENT ON MOTIONS TO DISMISS THE COMPLAINT**

Pursuant to Rule 7007-3 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Court"), Albert Fouerti and Elie Fouerti and Maria Johnson, by and through their undersigned counsel, hereby requests that the Court permit oral argument on the *Amended Motion of Albert Fouerti and Elie Fouerti to Dismiss the Chapter 7 Trustee's Complaint* [Adv. D.I. 27] and the *Motion of Maria Johnson to Dismiss*

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number are: Polished.com Inc. (3938); 1 Stop Electronics Center, Inc. (9485); AC Gallery Inc. (3629); Appliances Connection Inc. (8366); Gold Coast Appliances, Inc. (1575); Joe's Appliances LLC (8354); Superior Deals Inc. (0096); and YF Logistics LLC (8373).

*Counts 3, 4, and 5 in the Adversary Proceeding* (collectively, the "Motions"). Briefing on the Motions was completed on August 28, 2026.

Dated: August 31, 2026
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Carl N. Kunz, III (DE Bar No. 3201)
Jeffrey R. Waxman (DE Bar No. 4159)
3205 Avenue North Boulevard, Suite 100
Wilmington, Delaware 19803
Tel.: (302) 888-5848
Email: ckunz@morrisjames.com
jwaxman@morrisjames.com

-and-

John F. Sylvia (admitted *pro hac vice*)
Emily K. Musgrave (admitted *pro hac vice*)
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 348-1820
Email: JFSylvia@mintz.com
EKMusgrave@mintz.com

*Counsel for Albert Fouerti and Elie Fouerti*

**BAKER & HOSTETLER LLP**

*/s/Jeremy D. Anderson*
Jeremy D. Anderson (DE Bar No. 4515)
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
(302) 407-4222
Email: jdanderson@bakerlaw.com

-and-

Douglas W. Greene (admitted *pro hac vice*)
Zachary R. Taylor (admitted *pro hac vice*)
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
Email: dgreene@bakerlaw.com
ztaylor@bakerlaw.com

*Counsel for Defendant Maria Johnson*